# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

STRIKE 3 HOLDING, LLC

   Plaintiff

v.

JOHN DOE subscriber assigned IP address 108.31.177.186,

   Defendant.

Hon. George Jarrod Hazel, U.S.D.J.

Civil Case No. 8:19-cv-00396 (GJH)

## MOTION TO DISMISS AND/OR MOTION TO QUASH SUBPOENA

Comes now Defendant, John Doe subscriber assigned IP address 108.31.177.186, pro se, respectfully moves this Court to quash the Rule 45 subpoena dated June 14, 2019 served on the nonparty Verizon, hereinafter referred to as "ISP." In support of this motion Defendant John Doe subscriber assigned IP address 108.31.177.186 states the following:

1. Defendant John Doe received this notice on July 11, 2019.
2. Defendant John Doe is entitled to file this motion anonymously as ordered by this Court on April 15, 2019.
3. Defendant John Doe has standing to object to the Rule 45 subpoena dated June 14, 2019.
4. The present litigation seeks information pursuant to a Rule 45 subpoena dated June 14, 2019.
5. The subpoena is directed to a third party (Verizon) ISP seeking to obtain identifying information about subscribers of an identified IP address allegedly involved in a copyright violation by downloading and/or upload the "Work" owned by plaintiff.
6. The information requested includes the name and address of the subscriber associated with the identified IP address.

7. The information requested is personal and Defendant John Doe has reasonable expectation of privacy of personal information he provides to a privately owned company for services provided.

8. Plaintiff is not entitled to the personal information of a private company's subscriber based solely on IP addresses associated with fragmented digital files captured from an unverified source.

9. The benefit of releasing private information when there exists no identifiable link between Defendant John Doe, except an IP address the defendant subscribes to, is outweighed by the potential for unwarranted harm and embarrassment given that the materials alleged to be downloaded or uploaded are pornographic in nature.

10. Plaintiff's obtaining such information will serve no legitimate purpose other than to subject John Doe to further contact and harassment for an unmerited settlement.

WHEREFORE, Defendant John Doe hereby respectfully moves this Court to quash the subpoena served on Verizon dated June 14, 2019.

Dated: August 9th, 2019

Defendant John Doe Subscriber
assigned IP address 108.31.177.186